UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY BIANCO,<br><br>Defendant. | Criminal No. 05-493 (DRD)<br><br>ORDER |

THIS MATTER having come before the Court on the motion of defendant Anthony Bianco, by and through his counsel, Gibbons, P.C., Michael A. Baldassare, Esq., appearing, and the Government having no objection to the relief requested, and for good cause shown, it is on this 21st day of July 2008:

ORDERED that the defendant's surrender date of August 6, 2008, is hereby postponed for two (2) weeks, thereby requiring him to surrender on or after August 20, 2008, as ordered by the Bureau of Prisons.

Honorable Dickinson R. Debevoise
United States District Judge