UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY BIANCO,<br><br>Defendant. | Criminal No. 05-493 (DRD)<br><br>**ORDER** |

THIS MATTER having come before the Court on the motion of defendant Anthony Bianco, by and through his counsel, Gibbons, P.C., Michael A. Baldassare, Esq., appearing, and the Government having no objection to the relief requested, and for good cause shown, it is on this 19th day of August 2008:

ORDERED that the defendant's surrender date of August 20, 2008, is hereby postponed for five (5) days, thereby requiring him to surrender on August 25, 2008, as ordered by the Bureau of Prisons.

_____
Honorable Dickinson R. Debevoise
United States District Judge

#1334542 v1
107849-60865