UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ
(609) 989-2071
FAX: (609) 989-2367

October 8, 2013

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Dickinson R. Debevoise
Senior United States District Court Judge
Martin Luther King, Jr. Federal
Building and United States Courthouse
50 Walnut Street, Room 5083
Newark, New Jersey 07012

       **RE: Bianco, Anthony**
       **Dkt. # 2:05CR00493-001**
       **Report of Offender Under Supervision**

Dear Judge Debevoise:

On June 11, 2008, the offender was sentenced by Your Honor to thirty (30) months imprisonment and three (3) years supervised release. The following special conditions were imposed: DNA testing, IRS compliance, financial disclosure and no new debt/credit. He was also ordered to pay a $100 special assessment and $69,291,511.52 restitution.

We believe that Mr. Bianco has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $16,222.00 towards his restitution obligation. We are respectfully requesting that no further action be taken and that Mr. Bianco's term of supervision be allowed to expire as scheduled on October 28, 2013.

Should Your Honor concur with this recommendation, please sign and return the attached petition.

Should Your Honor have any questions, please contact the undersigned at (973)645-4240.

       Very truly yours,

       WILFREDO TORRES, Chief
       U.S. Probation Officer

       By: Beth L. Neugass
       Supervising U.S. Probation Officer

BLN/mas

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Bianco                    Cr.: 2:05CR00493-001
                                                    PACTS #: 43002

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise,
                                     Senior United States District Court Judge

Date of Original Sentence: June 11, 2008

Original Offense: Conspiracy to commit mail fraud and tax evasion.

Original Sentence: Thirty (30) months imprisonment and three (3) years supervised release.

Type of Supervision: Supervised Release.    Date Supervision Commenced: October 29, 2010.

## STATUS REPORT

U.S. Probation Officer Action:

On June 11, 2008, the offender was sentenced by Your Honor to thirty (30) months imprisonment and three (3) years supervised release. The following special conditions were imposed: DNA testing, IRS compliance, financial disclosure and no new debt/credit. He was also ordered to pay a $100 special assessment and $69,291,511.52 restitution.

Mr. Bianco currently resides in Dumont, NJ. He has been employed with Marathon Enterprises since May, 2010. We believe that Mr. Bianco has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $16,222.00 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Bianco's term of supervision to expire as scheduled on October 28, 2013.

Respectfully submitted,

By: Beth L. Neugass
Supervising U.S. Probation Officer
Date: October 8, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Concur with the recommendation of the U.S. Probation Office. Case to expire on October 28, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer